*374
 
 PER CURIAM.
 

 Affirmed without prejudice to appellant’s right to file a new motion to correct illegal sentence, pursuant to Florida Rule of Criminal Procedure 3.800(a), expressly alleging where in the records it can be demonstrated that she is entitled to jail time credit (as opposed to drug farm time served for which she would not be entitled to credit) and identifying in which lower court case number the credit applies.
 
 See Cabrera v. State,
 
 62 So.3d 1171 (Fla. 4th DCA 2011);
 
 see also Toro v. State,
 
 719 So.2d 947 (Fla. 4th DCA 1998).
 

 WARNER, STEVENSON and LEVINE, JJ., concur.